KENDALL DAWSON WASLEY, SBN 252294
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aleksandr Vilchitsa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYAN R. CRUZ, and<br><br>ALEKSANDR V. VILCHITSA<br><br>    Defendants. | Case No.: 2:11-CR-0423-GGH<br><br>STIPULATION AND ORDER<br><br>DATE: December 5, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Honorable Gregory G. Hollows |

    It is hereby stipulated and agreed to between the United States of America through JUSTIN LEE, Assistant United States Attorney, and defendant, Aleksandr Vilchitsa, through his counsel, KENDALL DAWSON WASLEY, and defendant Bryan Cruz, through his counsel, ERNEST CHEN that the jury trial date of December 19, 2011 and the trial confirmation hearing date of December 5, 2011 be vacated, and that a new jury trial date of February 13, 2012 and a new trial confirmation hearing date of January 30, 2012 be set.

    This continuance is being requested because defense counsel for Mr. Vilchitsa needs additional time to review the discovery,

investigate the case, and research the relevant law. The parties request that speedy trial time be excluded from the date of this order through the date of the jury trial set for February 13, 2012 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 30, 2011            Respectfully submitted,

                                          s/Kendall Dawson Wasley
                                          Kendall Dawson Wasley
                                          Attorney for Aleksandr Vilchitsa

                                          /s/ Ernest Chen
DATED: December 1, 2011             ERNEST CHEN
                                          Attorney for Bryan Cruz


                                          /s/ Justin Lee
DATED: November 30, 2011            Justin Lee
                                          Assistant United States Attorney




**O R D E R**

The court finds that the interests of justice outweigh the rights of the public and the defendant to a speedy trial.

    **IT IS SO ORDERED.**

DATED: December 2, 2011             /s/ Gregory G. Hollows
                                          _____
                                          HONORABLE Gregory G. Hollows