```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:11-CR-00423-GGH |
|---|---|
| Plaintiff, | ) Order of Dismissal |
| v. | ) |
| ALEKSANDR V. VILCHITSA, | ) DATE: January 30, 2012 |
| | ) TIME: 9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Gregory G. Hollows |

It is hereby Ordered that the plaintiff United States of America's Motion to Dismiss the above captioned matter without prejudice against defendant Aleksandr V. VILCHITSA is GRANTED. Counts Seven through Twelve of the Information are DISMISSED WITHOUT PREJUDICE and the March 19, 2012 jury trial is VACATED.

However, it is unclear from the government's motion whether defendant Vilchitsa has any objections to a dismissal without prejudice. Although the undersigned has granted the government's motion by this order, the undersigned will reconsider it if

\\\\\
\\\\\
\\\\\

1 | objections by Vilchitsa are made to a "without prejudice"
2 | dismissal within seven days of the filed date of this order.
3 |     IT IS SO ORDERED.

Dated: January 30, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE