```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JUSTIN L. LEE
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) 2:11-CR-00423-GGH
                                 )
12            Plaintiff,         ) Order
                                 )
13  BRYAN R. CRUZ,               )
                                 )
14            Defendant.         )
    _____)
15
```

16  The United States has sought to Dismiss Counts One, Two, and
17  Three in the above captioned matter without prejudice against
18  defendant BRYAN R. CRUZ. Further, The United States has sought
19  to expedite the previous dates in this case so that the matter
20  may now proceed by way of court trial.
21  Requests for dismissals *without prejudice* should be
22  accompanied, when possible, with a statement that defendant does
23  not object to such a dismissal. Moreover, the setting of dates
24  should be accompanied by a stipulation, or at least a statement
25  that the defendant does not object to such dates.
26  ///
27  ///
28  ///

The United States shall contact defense counsel in this matter, and submit an appropriate motion and proposed order.

IT IS SO ORDERED.

Dated: February 22, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE